NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BANCORP SERVICES, L.L.C.,**
*Plaintiff-Appellant,*

v.

**SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),**
*Defendant-Appellee,*

AND

**ANALECT LLC,**
*Defendant.*

---

2011-1467

---

Appeal from the United States District Court for the Eastern District of Missouri in case no. 00-CV-1073, Judge Carol E. Jackson.

---

ON MOTION

---

ORDER

The parties jointly move for an extension of time, until September 29, 2011, for Bancorp Services, LLC, to file

its opening brief and for an extension of time, until December 8, 2011, for Sun Life to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

 JUL 2 9 2011 
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Charles K. Verhoeven, Esq.
     Matthew B. Lowrie, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 9 2011

JAN HORBALY
CLERK